ANDREW R. HADEN
Acting United States Attorney
OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney
California State Bar No. 265442
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-9769
E-mail: Oleksandra.Johnson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  24-CR-2712-JLS |
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| GEMMA TRAYA AUSTIN (1), MICHEAL CRIS TRAYA SORDILLA (2), BRYAN NAVALES TAROSA (3), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Oleksandra Johnson, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This Indictment seeks forfeiture of property pursuant to violations of Title 18, United States Code, Sections 1349 and 1956(h) as alleged in the Indictment. The United States hereby gives notice that it is seeking forfeiture of the following properties seized on March 18, 2025, at 484 Jamul Court, Chula Vista, CA 91911, from Gemma Austin and Micheal Austin pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and Title 28, United States Code, Section 2461(c):

      a. 2024 Lexus GX550 CA License Plate: 23GEM66, VIN: JTJBCDX3R5013489;

1          b. 2024 Jaguar F-Pace P400 CA License Plate: 9LLU320, VIN:

2          SADCT2FU6RA739153.

3    These properties are currently being held in the Southern District of California.

4

5        DATED: April 9, 2025.

6                               ANDREW R. HADEN
                              Acting United States Attorney

7

8                               s/Oleksandra Y. Johnson
                            OLEKSANDRA Y. JOHNSON

9                               Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28