1  ANTONIO F. YOON
   California State Bar Number 163961
2  501 W. Broadway, Suite A-387
   San Diego, CA 92101
3  (619) 544-0021

4
   Attorney for Mr. Sordilla
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )   Case No. 24cr2712-JLS-2
              Plaintiff,             )
12                                   )   SUBSTITUTION OF
         v.                          )   ATTORNEY
13                                   )
   MICHAEL TRAYA SORDILLA            )
14                                   )
              Defendant,             )
15  _____)

16

17
         Defendant, Michael Traya Sordilla, hereby substitutes Antonio F. Yoon, as his
18
   attorney of record in place of Katherine C. McBroom.
19

20
   DATED: June 24, 2025                        _____
21                                              Michael Traya Sordilla

22

23  DATED: 06/30/25                             _____
                                                Katherine C. McBroom
24     Above substitution accepted.

25

26
   DATED: 6/24/25                               _____
27                                              Antonio F. Yoon

28