# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL TRAYA SORDILLA (2), <br> Defendant. | CASE NO.: Case No. 24cr2712-JLS <br><br> **ORDER TO SUBSTITUTE COUNSEL** |

The motion for substitution of counsel is granted. Antonio Yoon shall be counsel of record in place of Katherine McBroom.

IT IS SO ORDERED.

Dated: July 2, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge